■ In the Matter of DEBORAH E. BUSHNELL, Respondent-Appellant, v DANIEL E. GREEN, Sr., Appellant-Respondent. (Ap-

peal No. 2.) [722 NYS2d 208] —Order unanimously affirmed without costs for reasons stated at Onondaga County Family Court, Rossi, J. (Appeals from Order of Onondaga County Family Court, Rossi, J.—Custody.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.